# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CR-132-JAD-(GWF) |
| Plaintiff, | |
| v. | Preliminary Order of Forfeiture |
| GINGER GUTIERREZ, | |
| Defendant. | |

This Court finds that defendant Ginger Gutierrez pled guilty to Count Two of a Fifteen-Count Second Superseding Indictment charging her in Count Two with Conspiracy to Sell Unregistered Securities, to Make False Statements to SEC, to Evade Filing Periodic Reports, and to Commit Securities Fraud & Insider Trading in violation of Title 15, United States Code, Sections 77$e$(a)(1), 77$e$(a)(2), 77$e$(c), 77$q$(a), 78$j$, 78$m$(a), 78$o$(d), 78$ff$, and 78$ff$(a) and Title 18, United States Code, Section 371. Second Superseding Indictment, ECF No. 63; Change of Plea, ECF No. 635; Plea Agreement, ECF No. 636.

This Court finds defendant Ginger Gutierrez agreed to the imposition of the in personam criminal forfeiture money judgment of $1,427,977 set forth in the Plea Agreement and the Forfeiture Allegation of the Second Superseding Indictment. Second Superseding Indictment, ECF No. 63; Change of Plea, ECF No. 635; Plea Agreement, ECF No. 636.

The in personam criminal forfeiture money judgment is any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 15, United States Code, Sections 77$e$(a)(1), 77$e$(a)(2), 77$e$(c), 77$q$(a), 78$j$, 78$m$(a), 78$o$(d), 78$ff$, and 78$ff$(a),

securities fraud, specified unlawful activities as defined in Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1)(D), or Title 18, United States Code, Section 371, conspiracy to commit such offenses, and is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c) and Title 21, United States Code, Section 853(p).

This Court finds that Ginger Gutierrez shall pay an in personam criminal forfeiture money judgment of $1,427,977 to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

The in personam criminal forfeiture money judgment complies with *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Ginger Gutierrez an in personam criminal forfeiture money judgment of $1,427,977.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 21st day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on June 20, 2018.

                                      /s/ Mary Stolz
                                      MARY STOLZ
                                      FSA Paralegal