\_\_\_\_FILED   \_\_\_\_RECEIVED
\_\_\_\_ENTERED  \_\_\_\_SERVED ON
         COUNSEL/PARTIES OF RECORD

OCT 22 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CR-132-JAD-(GWF) |
| Plaintiff, | |
| v. | Final Order of Forfeiture |
| GINGER GUTIERREZ, | |
| Defendant. | |

This Court found that Ginger Gutierrez shall pay the in personam criminal forfeiture money judgment of $1,427,977 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Second Superseding Indictment, ECF No. 63; Change of Plea, ECF No. 635; Plea Agreement, ECF No. 636; Preliminary Order of Forfeiture, ECF No. 644.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

The in personam criminal forfeiture money judgment amount of $1,427,977 complies with *Honeycutt v. United States*, \_\_\_U.S.\_\_\_, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Ginger Gutierrez the in personam criminal forfeiture money judgment of $1,427,977 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United

States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 2nd day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE